IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ZEIDEN, | No. C 04-05278 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

The parties' stipulation to continue the case management conference is **DENIED**. Trial counsel shall please appear at the case management conference on **JUNE 9, 2005, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 8, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE