IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK ZEIDEN,

    Plaintiff,

  v.

U.S. DEPT. OF AGRICULTURE,

    Defendant.
                                        /

No. C 04-05278 WHA

**ORDER REQUESTING STIPULATED DISMISSAL**

    Given that the parties have fully settled this case by mediation and the alternative-dispute-resolution process is complete, they are **REQUESTED** to submit a stipulated dismissal by noon, November 22, 2005.

**IT IS SO ORDERED.**

Dated: November 8, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE