KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
San Francisco, California 94102
Telephone:    (415) 436-6909
Facsimile:    (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Defendant, UNITED STATES
DEPARTMENT OF AGRICULTURE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK ZEIDEN, | C 04-5278 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Frank Zeiden ("Plaintiff"), and

Defendant United States Department of Agriculture, as follows:

    1.    The parties hereby agree to settle and compromise the above-entitled action under

the terms and conditions set forth herein, which shall be in full settlement and satisfaction of any

and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from

and by reason of any and all known and unknown, foreseen and unforeseen, bodily and personal

injuries and the consequences thereof, resulting, and to result, from the same subject matter that

gave rise to the above-captioned lawsuit, for which Plaintiff Frank Zeiden or his heirs, executors,

administrators, or assigns, and each of them, now have or may hereafter acquire against the

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 04-5278 WHA

Dockets.Justia.com

1    United States of America, its agencies, agents, servants, and employees.

2          2.       Plaintiff will dismiss this action with prejudice.

3          3.       Both parties agree to bear their own costs and fees.

4          4.       The disqualification of plaintiff's business from the Food Stamp Program remains

5    in place and is not affected by this agreement.

6          5.       Defendant agrees not to make an affirmative report to another agency of plaintiff's

7    disqualification from the Food Stamp Program, unless required by law including but not limited

8    to the Freedom of Information Act or in the event of an unanticipated need to defend.  Defendant

9    will notify plaintiff a reasonable amount of time before such disclosure.

10         6.       Regarding the affirmative reports described in the preceding paragraph, the parties

11   negotiated the terms of this agreement on October 19, 2005.  As of that date, Defendant believed

12   that no affirmative reports of Mr. Zeiden's disqualification, that would fall within this agreement

13   have been made to date.

14         7.       If plaintiff sells or otherwise changes legal title of the business, defendant agrees

15   that any resulting civil penalty shall be reduced to 2/3 of its applicable level.

16         8.       Mr. Zeiden acknowledges that the USDA gathered information which suggests

17   that activity in his business did not comply with applicable regulations.  However, Mr. Zeiden

18   acknowledges no personal wrongdoing.

19         9.       The parties agree that should any dispute arise with respect to the implementation

20   of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue its

21   original causes of action.  Plaintiff's sole remedy in such a dispute is an action to enforce the

22   Agreement in district court.  The parties agree that the district court will retain jurisdiction over

23   this matter[*]for the purposes of resolving any dispute alleging a breach of this Agreement.

24         10.      Plaintiff hereby releases and forever discharges the United States and any and all

25   of its past and present officials, employees, agencies, agents, attorneys, their successors and

26   assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and

27   demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in

28   equity, known or unknown, arising out of the allegations set forth in the pleadings in this action.

* until November 17, 2006,

1    11.    The provisions of California Civil Code Section 1542 are set forth below:

2    "A general release does not extend to claims which the creditor does not know or
    suspect to exist in his favor at the time of executing the release, which if known
3    by him must have materially affected his settlement with the debtor."

4    Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by his

5    attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and

6    all rights it may have pursuant to the provision of that statute and any similar provision of federal

7    law.  Plaintiff understands that, if the facts concerning Plaintiff's injuries and the liability of the

8    government for damages pertaining thereto are found hereinafter to be other than or different

9    from the facts now believed by them to be true, the Agreement shall be and remain effective

10    notwithstanding such material difference.

11    12.    This instrument shall constitute the entire Agreement between the parties, and it is

12    expressly understood and agreed that the Agreement has been freely and voluntarily entered into

13    by the parties with the advice of counsel, who have explained the legal effect of this Agreement.

14    The parties further acknowledge that no warranties or representations have been

15    made on any subject other than as set forth in this Agreement.  This Agreement may not be

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1    altered, modified or otherwise changed in any respect except by writing, duly executed by all of

2    the parties or their authorized representatives.

3

4    Dated: November 9, 2005                    _____
                                               FRANK ZEIDEN
5                                              Plaintiff

6

7    Dated: November 2, 2005                    FINLEY & DEATON

8                                              _____
                                               STEVEN FINLEY
9                                              Attorneys for Plaintiff FRANK ZEIDEN

10   Dated: November ___, 2005

11                                             _____
                                               U.S. DEPARTMENT OF AGRICULTURE
12                                             Defendant

13   Dated: November ___, 2005                 KEVIN V. RYAN
                                               United States Attorney
14

15                                             _____
16                                             JONATHAN U. LEE
                                               Assistant United States Attorney
17                                             Attorneys for Defendant USA

18

19                          [PROPOSED] ORDER

20

21   APPROVED AND SO ORDERED                   IT IS SO ORDERED
                                               Judge William Alsup
22   Dated: November 17, 2005                  _____
                                               THE HONORABLE WILLIAM H. ALSUP
23                                             United States District Court Judge

24   The Clerk is directed to close the case
     file.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
C 04-5278 WHA                    4

1   altered, modified or otherwise changed in any respect except by writing, duly executed by all of

2   the parties or their authorized representatives.

3

4   Dated: November __, 2005
                                        _____
5                                       FRANK ZEIDEN
                                        Plaintiff
6
    Dated: November __, 2005            FINLEY & DEATON
7

8                                       _____
                                        STEVEN FINLEY
9                                       Attorneys for Plaintiff FRANK ZEIDEN

10  Dated: November 4, 2005
                                        _____
11                                      U.S. DEPARTMENT OF AGRICULTURE
                                        Defendant
12

13  Dated: November 14, 2005           KEVIN V. RYAN
                                        United States Attorney
14

15                                      _____
                                        JONATHAN U. LEE
16                                      Assistant United States Attorney
                                        Attorneys for Defendant USA
17

18                          [PROPOSED] ORDER

19

20  APPROVED AND SO ORDERED.

21
    Dated: _____
22                                      _____
                                        THE HONORABLE WILLIAM H. ALSUP
23                                      United States District Court Judge

24

25

26

27

28