1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (CSBN 148792)
   Assistant United States Attorneys
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7073
6      FAX: (415) 436-6748

7  Attorneys for Defendant, UNITED STATES OF AMERICA

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

12  FRANK ZEIDEN,                    )   No. C 04-5278 WHA
                                     )
13         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER FOR DISMISSAL WITH
14     v.                            )   PREJUDICE
                                     )
15  UNITED STATES DEPARTMENT OF      )
    AGRICULTURE,                     )
16                                   )
           Defendant.                )
17                                   )
                                     )
18                                   )

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 04-5278 WHA

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff FRANK
2  ZEIDEN and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, stipulate to
3  the dismissal with prejudice of <u>Frank Zeiden v. United States Department of Agriculture</u>,
4  Northern District of California case number C 04-5278 WHA. Each party will bear its own
5  costs.

Dated: November 28, 2005

FINLEY & DEATON

By: STEVEN FINLEY
Attorneys for Plaintiff FRANK ZEIDEN

Dated: November 17, 2005

KEVIN V. RYAN
United States Attorney

JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant USA

[PROPOSED] ORDER

APPROVED AND SO ORDERED.

Dated: November 29, 2005

THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 04-5278 WHA

2