1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (CSBN 148792)
   Assistant United States Attorneys
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7073
6      FAX: (415) 436-6748

7  Attorneys for Defendant, UNITED STATES OF AMERICA

8                       UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

12 | FRANK ZEIDEN,                    )   No. C 04-5278 WHA
                                      )
13 |      Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER FOR DISMISSAL WITH**
14 | v.                               )   **PREJUDICE**
                                      )
15 | UNITED STATES DEPARTMENT OF      )
   | AGRICULTURE,                     )
16 |                                  )
   |      Defendant.                  )
17 |                                  )
                                      )
18 |_____ )

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 04-5278 WHA

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff FRANK
2  ZEIDEN and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, stipulate to
3  the dismissal with prejudice of <u>Frank Zeiden v. United States Department of Agriculture</u>,
4  Northern District of California case number C 04-5278 WHA.  Each party will bear its own
5  costs.

Dated: November 28, 2005

FINLEY & DEATON

By: STEVEN FINLEY
Attorneys for Plaintiff FRANK ZEIDEN

Dated: November 17, 2005

KEVIN V. RYAN
United States Attorney

JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant USA

[PROPOSED] ORDER

APPROVED AND SO ORDERED.

Dated: November 29, 2005

THE HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 04-5278 WHA